# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE GALIMORE-ROBERTS, | : | |
|   Plaintiff, | : | CIVIL ACTION |
| | : | |
|   v. | : | NO. 08-1036 |
| | : | |
| UNITED PARCEL SERVICES, INC., | : | |
|   Defendant. | : | |
| | : | |

## Order

**AND NOW** on this 11th day of June 2009, upon consideration of defendant's motion for summary judgment (Doc. No. 13), plaintiff's response, and defendant's reply thereto, **IT IS HEREBY ORDERED** that defendant's motion is **GRANTED** and judgment is **ENTERED** in favor of defendant United Parcel Service, Inc. and against plaintiff Melanie Galimore-Roberts.

    s/ William H. Yohn Jr., Judge
    William H. Yohn Jr., Judge